**STATE of Missouri, Respondent,**

v.

**Gustire BURSE, Appellant.**

**No. ED 77831.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 13, 2001.

Paul J. D'Agrosa, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of three counts of delivery of a controlled substance, in violation of section 195.211 RSMo 1994. Defendant was sentenced as a prior drug offender to three ten-year terms of imprisonment. Two of the terms were to be served concurrently and one term was to be served consecutively for a total of twenty years' imprisonment. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).